**Order filed March 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00221-CV
_____

**TOMMY LAYTON SCHMITT, Appellant**

**V.**

**PETRA ULRIKE SCHMITT, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-22377**

---

## O R D E R

The clerk's record was filed June 13, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Original Petition For Enforcement Of Property Division by Contempt filed on April 7, 2016, and the Respondent's Original Answer, And Counterclaim filed on June 6, 2016.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before April 5, 2019, containing the Original Petition For Enforcement Of Property Division by Contempt filed on April 7, 2016, and the Respondent's Original Answer, And Counterclaim filed on June 6, 2016.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Christopher, Hassan and Poissant.